| | |
|---|---|
| 1 | Kja Harper-Gopaul, Bar No. 319585 |
| | kharpergopaul@jonesday.com |
| 2 | JONES DAY |
| | 3161 Michelson Drive, Suite 800 |
| 3 | Irvine, California  92612.4408 |
| | Telephone:  +1.949.851.3939 |
| 4 | Facsimile:   +1.949.553.7539 |
| 5 | Attorneys for Defendant |
| | EXPERIAN INFORMATION SOLUTIONS, |
| 6 | INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| WINSTON SAM, | Case No. 8:23-cv-02307 DOC (JDEx) |
| Plaintiff, | Hon. David O. Carter |
| v. | **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF SETTLEMENT WITH PLAINTIFF WINSTON SAM** |
| EQUIFAX INFORMATION SERVICES LLC | |
| EXPERIAN INFORMATION SOLUTIONS INC | Complaint Filed:  December 7, 2023 |
| TRANS UNION, LLC | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

PLEASE TAKE NOTICE THAT Plaintiff Winston Sam ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff and Experian anticipate filing a dismissal of Experian Information Solutions, Inc. within 60 days once the settlement is finalized.

Dated: March 11, 2024         JONES DAY

By: */s/ Kja Harper-Gopaul*
    Kja Harper-Gopaul

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

Dated: March 11, 2024

By: */s/ Winston Sam*
    Winston Sam

Plaintiff Pro Se

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby certify that all of other signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing and have authorized the filing.

Dated: March 11, 2024         */s/ Kja Harper-Gopaul*
                              Kja Harper-Gopaul