Jennifer Wade (State Bar No. 193402)
jwade@qslwm.com
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5466
(214) 871-2111 Fax
**Counsel for Trans Union LLC**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINSTON SAM,<br><br>   Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC and TRANS UNION LLC;<br><br>   Defendants. | Case No. 8:23-cv-02307-DOC-JDE<br><br>Hon. David O. Carter<br><br>**NOTICE OF SETTLEMENT** |

TO THE HONORABLE JUDGE DAVID O. CARTER:

  The parties respectfully notify the Court that Plaintiff and Defendant Trans Union LLC have settled all claims between them in this matter. Each party will bear its own attorneys' fees and court costs. Trans Union and Plaintiff will present dismissal documents to the court as soon as possible. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

| | | |
|---|---|---|
| 1 | DATED: March 13, 2024 | QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C. |
| 2 | | |
| 3 | | |
| 4 | | By: */s/ Jennifer Wade* |
| 5 | | Jennifer Wade |
| 6 | | Counsel for Trans Union LLC |
| 7 | DATED: March 13, 2024 | |
| 8 | | |
| 9 | | By: */s/ Winston Sam* |
| 10 | | Winston Sam |
| | | Pro Se Plaintiff |

4109653.1

2

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4 of the United States District Court for the Central District of California, I hereby certify that the content of this document is acceptable to Plaintiff, Winston Sam, and that I have obtained Mr. Sam's authorization to affix his electronic signature to this document.

DATED: March 13, 2024          QUILLING, SELANDER, LOWNDS,
                               WINSLETT & MOSER, P.C.

                               By: */s/ Jennifer Wade*
                                   Jennifer Wade
                                   Counsel for Trans Union LLC

4109653.1

3

# PROOF OF SERVICE

**STATE OF TEXAS, COUNTY OF COLLIN**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Collin, State of Texas. My business address is 6900 N. Dallas Parkway, Suite 800, Plano, Texas 75024.

On March 13, 2024, I served true copies of the following document(s) described as **NOTICE OF SETTLEMENT** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

☒ **BY U.S. MAIL:** I caused said document(s) to be served by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Plano, Texas addressed as set forth below to Pro Se Plaintiff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 13, 2024, at Plano, Texas.

*/s/ Jennifer Wade*
Jennifer Wade

4109653.1

# SERVICE LIST

| | |
|---|---|
| Winston Sam<br>silvercrestcorp@gmail.com<br>8842 Derek Circle<br>Huntington Beach, CA 92647<br>(808) 557-9299<br>***Plaintiff Pro Se*** | Kja Harper-Gopaul<br>kharpergopaul@jonesday.com<br>Jones Day<br>3161 Michelson Drive, Suite 800<br>Irvine, CA 92612<br>(949) 851-3939<br>(949) 553-7539 Fax<br>***Counsel for Experian Information Solutions, Inc.*** |
| Garrick Patrick Vanderfin<br>gvanderfin@polsinelli.com<br>Polsinelli LLP<br>2049 Century Park East, Suite 2900<br>Los Angeles, CA 90067<br>(310) 556-1802<br>(310) 556-1802 Fax<br>***Counsel for Equifax Information Services LLC*** | |

4109653.1

5