**POLSINELLI LLP**
Garrick Vanderfin (SBN 316159)
gvanderfin@polsinelli.com
2049 Century Park East, Suite 2900
Los Angeles. CA  90067
Telephone:  310-556-1801
Facsimile:   310-556-1802

*Attorneys for Defendant*
*Equifax Information Services, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINSTON SAM<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC and TRANS UNION LLC;<br><br>　　　　　　　　　Defendants. | Case No. 8:23-cv-02307-DOC-JDE<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Hon. David O. Carter |

NOTICE OF SETTLEMENT

94075556.1

**PLEASE TAKE NOTICE** that Plaintiff WINSTON SAM ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES, LLC ("Defendant,") have agreed in principle to settlement terms that will resolve all claims currently asserted or that could have been asserted herein. The parties are in the process of completing the conditions precedent to a dismissal of this matter and anticipate executing a mutually agreed written settlement agreement as soon as possible. The parties will promptly file the requisite dismissal documents with the Court upon execution of a final settlement agreement. The parties therefore request that this honorable Court vacate all dates currently set on calendar for the present matter. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: March 14, 2024                    Respectfully submitted,

**POLSINELLI LLP**

By: */s/ Garrick Vanderfin*
Garrick Vanderfin

*Attorneys for Defendant,
Equifax Information Services, LLC*


By: */s/ Winston Sam*
Winston Sam

*Pro Se Plaintiff*

1
NOTICE OF SETTLEMENT

94075556.1

# SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4 of the United States District Court for the Central District of California, I hereby certify that the content of this document is acceptable to Plaintiff, Winston Sam, and that I have obtained Mr. Sam's authorization to affix his electronic signature to this document.

Dated: March 14, 2024

                        **POLSINELLI LLP**

                        By: */s/ Garrick Vanderfin*
                        Garrick Vanderfin

94075556.1

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 14, 2024, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "Notice of Electronic Filing" to all attorneys of record who have consented to accept this notice of this document by electronic means. And US First Class Mail to only the party listed below.

Winston Sam
silvercrestcorp@gmail.com
8842 Derek Circle
Huntington Beach, CA 92647

*Pro Se Plaintiff*

Dated: March 14, 2024          POLSINELLI, LLP


                               */s/ Garrick P. Vanderfin*
                               Attorney for Defendant