UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINSTON SAM,<br><br>  Plaintiff,<br><br>  v.<br><br>EQUIFAX INFORMATION SERVICES LLC<br><br>EXPERIAN INFORMATION SOLUTIONS INC<br><br>TRANS UNION, LLC<br><br>  Defendants. | Case No. 8:23-cv-02307 DOC (JDEx)<br><br>Hon. David O. Carter<br><br>**ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>Complaint Filed:  December 7, 2023 |

Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**

Dated:  June 21, 2024

*David O. Carter*

Hon. David O. Carter
UNITED STATES DISTRICT JUDGE